UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL LOGAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.<br><br>　　　　Defendants. | 1:24-cv-00877-SAB<br><br>ORDER DISREGARDING DEFENDANTS' MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING<br><br>(ECF Nos. 7, 8) |

Plaintiff, a prisoner proceeding with counsel, filed this civil rights action on July 17, 2024 in the Sacramento division. (ECF No. 1.) On July 31, 2024, the action was transferred to the Fresno division. (ECF No. 3.) On August 27, 2024, Defendants filed a motion for extension of time to file a responsive pleading, without stipulation. (ECF No. 7.) On August 28, 2024, the parties filed a stipulation for a twenty-eight day extension of time for Defendants to file a responsive pleading. (ECF No. 8.) Defendants request to withdraw their motion filed on August 27, 2024. (Id. at 2.)

Pursuant to the Local Rules of the Eastern District of California, a stipulated initial extension of time to respond to the complaint that does not exceed twenty-eight days may be filed without approval by the Court. L.R. 144(a). Given the parties' stipulation requests an extension of time that does not exceed twenty-eight days, no Court order is necessary.

1

Accordingly, pursuant to the stipulation of the parties, Defendants' August 27, 2024 motion for extension of time to file a responsive pleading (ECF No. 7) is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated: __August 29, 2024__

_____
UNITED STATES MAGISTRATE JUDGE