# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL LOGAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>            Defendants. | Case No. 1:24-cv-00877-JLT-SAB<br><br>ORDER RE STIPULATION TO FILE AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>(ECF No. 12) |

On September 20, 2024, the parties filed a stipulation to extend time for Defendants to respond to the complaint in this matter to allow Plaintiff to file an amended complaint. (ECF No. 12.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint on or before **September 26, 2024**; and

2. Defendants shall file a response to Plaintiff's first amended complaint on or before **October 25, 2024.**

IT IS SO ORDERED.

Dated:   **September 23, 2024**

                                                                  UNITED STATES MAGISTRATE JUDGE

1