# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL LOGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.  1:24-cv-00877-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 17) |

On August 28, 2024, the parties filed a stipulation extending the deadline for Defendants California Department of Corrections and Rehabilitation, Jeff Macomber, Kelly Santoro, Officer Carrillo, and Officer Dugay ("Defendants")[1] to file a responsive pleading to Plaintiff's complaint by twenty-eight days, or by September 26, 2024.  (ECF No. 8.)  On September 20, 2024, the parties stipulated to a second extension of time for Defendants to file a responsive pleading by October 25, 2024 to allow Plaintiff to file an amended complaint by September 26, 2024.  (ECF Nos. 12, 13.)  On September 24, 2024, the parties filed a third stipulation to extend time to allow Plaintiff to file an amended complaint by October 3, 2024, and to allow Defendants until November 4, 2024 to file a response.  (ECF Nos. 14, 15.)  Plaintiff filed his first amended complaint on October 3, 2024.  (ECF No. 16.)

On November 4, 2024, the parties filed a fourth stipulation to allow Plaintiff to file an

---

[1] Defendant M. Anito has not appeared in this action and Plaintiff has not filed any proof of service of the first amended complaint and summons on Defendant M. Anito.  The Court's reference to "Defendants" herein does not include Defendant M. Anito.

amended complaint by November 14, 2024, and to allow Defendants thirty days from the date the amended complaint is filed to file a responsive pleading. (ECF No. 17.) However, more than thirty days have passed since Plaintiff filed his first amended complaint on October 3, 2024. Based upon the parties' sparse proffer in the instant stipulation, it is unclear whether the instant stipulation serves as a deficient motion for leave to allow Plaintiff to file a second amended complaint by November 14, 2024. The Court does not find good cause exists to grant a fourth extension of time and shall therefore deny the parties' stipulation without prejudice. Should the parties file a stipulation or motion requesting proper relief, such filing must be supported by good cause.

Accordingly, IT IS HEREBY ORDERED that the stipulation to extend time for Defendants to file a responsive pleading (ECF No. 17) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **November 5, 2024**

UNITED STATES MAGISTRATE JUDGE