# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMAL LOGAN, | Case No. 1:24-cv-00877-JLT-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION TO FILE AMENDED COMPLAINT AND EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (ECF No. 19) |
| Defendants. | |

On August 28, 2024, the parties filed a stipulation extending the deadline for Defendants California Department of Corrections and Rehabilitation, Jeff Macomber, Kelly Santoro, Officer Carrillo, and Officer Dugay ("Defendants")[1] to file a responsive pleading to Plaintiff's complaint by twenty-eight days, or by September 26, 2024. (ECF No. 8.) On September 20, 2024, the parties stipulated to a second extension of time for Defendants to file a responsive pleading by October 25, 2024 to allow Plaintiff to file an amended complaint by September 26, 2024. (ECF Nos. 12, 13.) On September 24, 2024, the parties filed a third stipulation to extend time to allow Plaintiff to file an amended complaint by October 3, 2024, and to allow Defendants until November 4, 2024 to file a response. (ECF Nos. 14, 15.) Plaintiff filed his first amended complaint on October 3, 2024. (ECF No. 16.) On November 4, 2024, the parties filed a fourth stipulation to allow Plaintiff to file an amended complaint by November 14, 2024, and to allow Defendants thirty days from the date the amended complaint is filed to file a responsive pleading.

---

[1] The Court's reference to "Defendants" herein does not include Defendant M. Anito.

1

(ECF No. 17.) The Court denied the stipulation without prejudice, finding the parties failed to show good cause to grant a fourth extension of time.

On November 6, 2024, the parties filed a stipulation clarifying that Plaintiff intended to file a second amended complaint. (ECF No. 19.) The parties proffer that Defendants identified issues with Plaintiff's first amended complaint filed on October 3, 2024, and following meet and confer efforts, Plaintiff agreed to amend the complaint to cure the issues to avoid a motion to dismiss. The parties therefore filed a stipulation to extend time for Defendants to file a responsive pleading to allow Plaintiff to file a second amended complaint.

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a second amended complaint on or before **November 15, 2024**; and

2. Defendants shall file a response to Plaintiff's second amended complaint on or before **December 16, 2024.**

IT IS SO ORDERED.

Dated:   **November 7, 2024**

STANLEY A. BOONE
United States Magistrate Judge