# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL LOGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.  1:24-cv-00877-JLT-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO MARCH 20, 2025<br><br>(ECF No. 26) |

On January 22, 2025, the parties filed a stipulation to continue the February 4, 2025 scheduling conference to March 20, 2025 to accommodate the parties' trial calendars. (ECF No. 26.) Accordingly, good cause appearing, the Court hereby ORDERS that the initial scheduling conference is CONTINUED to March 20, 2025, at 1:30 p.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.  A Joint Scheduling Report is due **one week** before the new conference date.

IT IS SO ORDERED.

Dated:  **January 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1