# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL LOGAN,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants. | Case No. 1:24-cv-00877-JLT-SAB<br><br>ORDER REQUIRING THAT PARTIES FILE A COMPLIANT JOINT SCHEDULING REPORT<br><br>(ECF No. 28)<br><br>**MARCH 14, 2025 DEADLINE** |

On March 12, 2025, the parties filed a joint scheduling report in preparation of the March 20, 2025 scheduling conference. (ECF No. 28.) The joint scheduling report does not comply with this Court's order setting the mandatory scheduling conference, which provides a section detailing the requisite form and contents of the report. (ECF No. 6.) Most glaring is that the parties fail to propose *any* firm deadlines in their discovery and pretrial plan. (Id.) It is neither helpful to the Court nor the parties that they "anticipate filing initial disclosures in a timely manner" (ECF No. 28 at 3) or that "Defendants reserve the right to move for summary judgment" by an unknown date (id. at 4). Further, while the parties "suggest" that expert discovery "be completed within an additional four months," there is no mention of expert disclosure or supplemental expert disclosure. See Fed. R. Civ. P. 26(a)(2). The parties also fail to explain why they notate "N/A" next to the trial date. (ECF No. 28 at 1.)

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, "the parties must confer as soon as practicable—and in any event at least 21 days before a scheduling conference is to be

held or a scheduling report is due under Rule 16(b)." Fed. R. Civ. P. 26(f). The Rule 26(f) conference is neither an optional nor perfunctory task. One purpose of the 26(f) conference is to discuss, plan, and hopefully agree to an efficient discovery process. The obligation to participate meaningfully in the planning process required by Rule 26(f) is imposed on all parties. The scheduling report filed on March 12, 2025 raises concerns that the parties have not fulfilled their obligations under Rule 26(f).

Accordingly, IT IS HEREBY ORDERED that **no later than close of business March 14, 2025,** the parties SHALL file a joint scheduling report that complies with the form and content requirements contained in the Court's July 31, 2024 order (ECF No. 6).

IT IS SO ORDERED.

Dated:   **March 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2