# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMAL LOGAN,

        Plaintiff,

    v.

CARRILLO, et al.,

        Defendants.

Case No. 1:24-cv-00877-JLT-SAB

ORDER REGARDING STIPULATION TO MODIFY THE SCHEDULING ORDER

(ECF No. 37)

Pending before the Court is the timely stipulation from the parties to modify the expert discovery cut-off date in the scheduling order.  (ECF No. 37.)  It appearing that the parties are diligently engaging in expert discovery, and good cause otherwise appearing, the Court approves the stipulation.  The Court ORDERS that the expert discovery cut-off date is continued to May 27, 2026.  The scheduling order (ECF No. 32) otherwise remains controlling.

IT IS SO ORDERED.

Dated:  __**May 5, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge