Michael H. Artan (State Bar No. 97393)
35 North Lake Avenue, Suite 710
Pasadena, CA 91101
Tele: 213/688-0370 Fax: 213/627-9201
Email: mha@artanlawapc.com

Katherine E. Hardie (SBN 238074)
Law Offices of Kate Hardie
8484 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90211
Tel: 310-309-0341 Fax: 310-496-0616
Email: katehardielaw@gmail.com

*Counsel for Plaintiff*
*Jamal Logan*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL LOGAN, | Case No. 1:24-cv-00877-JLT-SAB |
| Plaintiff, | **ORDER REGARDING PARTIES' JOINT STIPULATION TO ALLOW PLAINTIFF TO ATTEND THE DEPOSITION OF EXPERT WITNESS ERIC MORSE, M.D.** |
| v. | |
| CDCR, et al., | |
| Defendants. | Judge: Hon. Jennifer L. Thurston |
| | Mag. Judge: Hon. Stanley A. Boone |
| | Trial Date: January 7, 2027 |
| | Action Filed: July 17, 2024 |
| _____/ | |

**TO THE CLERK OF COURT, PARTIES AND COUNSEL:**

The parties stipulate as follows:

1. To accommodate the parties' schedules, the deposition of Defendants' expert witness Eric Morse, M.D. is scheduled for May 22, 2026 at 11:00 a.m. via Zoom teleconference.

2. For that reason, on May 4, 2026, the parties stipulated and requested that the expert witness discovery deadline be extended from May 13, 2026 to May 27, 2026; the order on the stipulation was granted.

3. Plaintiff's counsel's office has been in contact with the litigation coordinator at Salinas Valley State Prison ("SVSP") to arrange for Plaintiff to attend the May 22, 2026 deposition via Zoom videoconference software.

4. On May 18, 2026, the SVSP litigation coordinator notified Plaintiff's counsel that, absent a court order, it would take approximately three weeks for the parties to be granted clearance to conduct the deposition.  However, a court order to produce the inmate would bypass that three-week period.

5. The parties agree Plaintiff should be allowed to attend the May 22, 2026 deposition.

6. Therefore, the parties request the Court issue an order enabling Plaintiff's attendance at the May 22, 2026 deposition by Zoom videoconference.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  May 18, 2026                      By:    /s/ Michael H. Artan

                                                  _____

                                                  Michael H. Artan
                                                  *Counsel for Plaintiff*
                                                  *Jamal Logan*

Dated:  May 18, 2026

Respectfully submitted,
Rob Bonta
Attorney General of California
Jay M. Goldman
Supervising Deputy Attorney General

/s/ Preeti K. Bajwa

Preeti K. Bajwa
*Attorneys for Defendants*
*E. Carrillo, J. Macomber, K. Santoro,*
*D. Dugay and California Department of*
*Corrections*

**ATTESTATION**

I hereby attest that all other signatories listed, whose signatures are indicated by a conformed signature ("/s/"), and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 18, 2026                    By:    /s/ Michael H. Artan

_____

Michael H. Artan
*Counsel for Plaintiff*
*Jamal Logan*

STIPULATION TO ALLOW PLAINTIFF TO ATTEND THE DEPOSITION OF EXPERT WITNESS ERIC MORSE, M.D. - 4

## ORDER

Based on the above stipulation and good cause appearing for the relief sought,

**IT IS HEREBY ORDERED** that, allowing for security issues, Plaintiff shall be allowed to attend the May 22, 2026 deposition of the Defense Expert Witness Eric Morse, M.D., via Zoom videoconference.

IT IS SO ORDERED.

Dated:   **May 19, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge