# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL LOGAN,<br><br>Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>Defendants. | Case No. 1:24-cv-00877-JLT-SAB<br><br>ORDER REGARDING STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 42) |

Pending before the Court is a stipulation from the parties regarding the briefing schedule on Defendants' recently filed motion for summary judgment. For good cause shown, the Court approves the stipulation and ORDERS the following:

1. Plaintiff's opposition to Defendants' motion for summary judgment shall be filed no later than **August 3, 2026**;
2. Defendants' reply, if any, shall be filed no later than **August 17, 2026**; and
3. The scheduling order (ECF No. 32) otherwise remains controlling.

IT IS SO ORDERED.

Dated: **July 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge